IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHABBAR RAFIQ, | : | Civil No. 1:25-CV-01409 |
| Petitioner, | : | |
| v. | : | |
| J. GREENE, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

### ORDER

**AND NOW**, on this 6th day of November 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The petition, Doc. 1, is **DISMISSED**.

2. Petitioner's motion for a preliminary injunction and temporary restraining order, Doc. 4, is **DENIED**.

3. Petitioner's motion for appointment of counsel, Doc. 6, is **DENIED**.

4. The Clerk of Court is directed to **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
